Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Vegan ReGrub LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Marty's V Burger |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4  6 – 2  0  3  9  8  1  6 |

**4. Debtor's address**

**Principal place of business**

134 E 27th St
Number        Street

New York, NY 10016
City                              State    ZIP Code

New York
County

**Mailing address, if different from principal place of business**

1641 3rd Ave
Number        Street

New York, NY 10128
City                              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.martysvburger.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Vegan ReGrub LLC

Name

Case number (if known)

| | |
|---|---|
| **7. Describe debtor's business** | **A. Check one:** |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See** http://www.uscourts.gov/four-digit-national-association-naics-codes .

7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

**Check one:**

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. **Check all that apply:**

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District Southern District of New York   When 10/31/2023   Case number 23-11751
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor   __Vegan ReGrub LLC_____   Case number *(if known)* _____
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐   It needs to be physically secured or protected from the weather.<br><br>☑   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐   Other _____<br><br>**Where is the property?** _134 E 27th St_____<br>                                            Number        Street<br><br>_____<br><br>_New York_____   _NY_   _10016_____<br>City                                                              State     ZIP Code<br><br>**Is the property insured?**<br><br>☑ No<br><br>☐ Yes.   Insurance agency   _____<br>                   Contact name   _____<br>                   Phone   _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999   ☐ 10,001-25,000                           ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000                 ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million       ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | Vegan ReGrub LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/07/2023
               MM/  DD/  YYYY

X   /s/ Martin Krutolow                          Martin Krutolow
    Signature of authorized representative of debtor   Printed name

Title          Owner / Managing Member

**18. Signature of attorney**

X          /s/ Scott J Goldstein          Date   12/07/2023
    Signature of attorney for debtor                    MM/  DD/  YYYY

Scott J Goldstein
Printed name

Law Offices of Scott J. Goldstein, LLC
Firm name

280 West Main Street
Number        Street

Denville                                    NJ          07834
City                                        State       ZIP Code

(973) 453-2838                              sjg@sgoldsteinlaw.com
Contact phone                              Email address

4291811                                    NY
Bar number                                 State

Fill in this information to identify the case:

Debtor Name __**Vegan ReGrub LLC**__

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**New York**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. __Chase__ | __Checking account__ | _8_ _5_ _3_ _8_ | ($478.34) |
| 3.2. __Chase__ | __Savings account__ | _5_ _3_ _6_ _8_ | $51.56 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____
   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | ($426.78) |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | **Current value of debtor's interest** |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor  __Vegan ReGrub LLC_____    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9.  **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    _____

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:  _____ - _____ =.....➡    _____
                              face amount           doubtful or uncollectible accounts

   11b. Over 90 days old:  _____ - _____ =.....➡    _____
                           face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        _____

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1 _____    _____    _____    _____

   15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor     __Vegan ReGrub LLC_____     Case number *(if known)* _____
             Name

| | | | |
|---|---|---|---|
| 16.1 | | | |
| 16.2 | | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Non-Perishable Foods, condiments, & ingredients** | MM / DD / YYYY | unknown | | unknown |
| **Perishable foods, condiments, & ingredients** | MM / DD / YYYY | unknown | | unknown |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| **Other inventory** | MM / DD / YYYY | unknown | | unknown |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    __Vegan ReGrub LLC_____    Case number *(if known)* _____
          Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Vegan ReGrub LLC**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture & Electronics | unknown | | $150.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment held at Pearl Sci-Tech Bottling: Grinder, Crimper, 35L Hydraulic Automatic Vertical Sausage filling machine; Grinder, Crimper, 35L Hydraulic Automatic Vertical Sausage Stuffer | $3,000.00 | | unknown |
| 1 Countertop Gas Griddle, 1 Electronic Timer, 1 Reach-in Under-counter Freezer, 2 spare metal table legs w/ casters, 1 used Countertop Bev Freezer, 2 lg upright freezers, 2 med freezers, miscellaneous equipment | $62,001.04 | Purchase Values Invoiced 2017 - 2022 | unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $150.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |

Debtor    **Vegan ReGrub LLC**                                    Case number *(if known)* _____
                Name

| | | | |
|---|---|---|---|
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                        _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| **Part 9:** | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor    **Vegan ReGrub LLC**                                                                Case number *(if known)* _____
                Name

---

56.  **Total of Part 9**                                                                                    [_____]

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☑ No. Go to Part 11.

     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |
| 65. **Goodwill** _____ | _____ | _____ | _____ |

66.  **Total of Part 10**                                                                                   [_____]

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No

     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No

     ☐ Yes

---

Debtor   __Vegan ReGrub LLC_____   Case number *(if known)* _____
          Name

---

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**

Description (include name of obligor)

_____   _____  −  _____  = ➔   _____
                          Total face amount      doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.   **Interests in insurance policies or annuities**

_____   _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

   **Nature of claim**   _____

   **Amount requested**   _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

   **Nature of claim**   _____

   **Amount requested**   _____

76.   **Trusts, equitable or future interests in property**

_____   _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   __Property being held at Public Storage (24-01 Brooklyn Queens Expressway W, Queens, NY 11377) Unit B824__   _____ unknown

---

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|--------|----------------------|--------------------------|
|        | Name                 |                          |

---

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | Summary |
|--------------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($426.78) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | ($276.78) | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | ($276.78) |

Fill in this information to identify the case:

Debtor name _____Vegan ReGrub LLC_____

United States Bankruptcy Court for the: _____Southern_____ District of _____New York_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Fill in this information to identify the case:

Debtor name _____ Vegan ReGrub LLC _____

United States Bankruptcy Court for the:
_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Lisa Neumann

425 Swing Lane

Louisville, KY 40207

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks:
Debtor denies this former employee worked any
uncompensated hours

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
Unpaid wages for hours worked

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $6,888.47   Priority amount: $6,888.47

**2.2** Priority creditor's name and mailing address

NY State Division of Taxation

Bankruptcy/Special Procedures Section

Po Box 5300

Albany, NY 12205

Date or dates debt was incurred
8/31/2023

Last 4 digits of account
number  8  1  -  6

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Sales & Use Tax

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $4,186.77   Priority amount: $4,186.77

Debtor   **Vegan ReGrub LLC**
Name

Case number *(if known)*

---

## Part 1: | Additional Page

### 2.3

**Priority creditor's name and mailing address**

NY State Division of Taxation

Bankruptcy/Special Procedures Section

Po Box 5300

Albany, NY 12205

**Date or dates debt was incurred**

5/31/2023

**Last 4 digits of account number** 4 5 - 9

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Sales & Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,990.24          $6,990.24

---

### 2.4

**Priority creditor's name and mailing address**

NY State Division of Taxation

Bankruptcy/Special Procedures Section

Po Box 5300

Albany, NY 12205

**Date or dates debt was incurred**

2/28/2023

**Last 4 digits of account number** 5 9 - 9

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**

Sales & Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,523.86          $7,523.86

---

### 2.5

**Priority creditor's name and mailing address**

NY State Unemployment Insurance

PO Box 4301

Binghamton, NY 13902

**Date or dates debt was incurred**

2023

**Last 4 digits of account number** 0 6 — 0

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Delinquent Unemployment Insurance Contributions

**Is the claim subject to offset?**
☑ No
☐ Yes

$280.32          $280.32

---

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

### 2.6

**Priority creditor's name and mailing address**

Sara Flowers

261 14th St Apt 3B

Brooklyn, NY 11215

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**  **$3,700.00**   **$3,700.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Funds deducted for 401(k) but not deposited into a retirement acct of any kind

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.7

**Priority creditor's name and mailing address**

Sara Flowers

261 14th St Apt 3B

Brooklyn, NY 11215

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:**
Debtor estimates Creditor is owed $200 for the hours spent doing inventory

**As of the petition filing date, the claim is:**  **$539.63**   **$539.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**
Unpaid wages for hours doing inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.8

**Priority creditor's name and mailing address**

State of NY

Bureau of Compliance

PO Box Box 5200

Binghamton, NY 13902

Date or dates debt was incurred

11/2023

Last 4 digits of account number  9  8  8  1

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**  **$4,000.00**   **$4,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**
Penalties for failure to hold Worker's Comp Ins Policy

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,356.44 |
|---|---|---|
| Ace Natural | ☐ Contingent | |
| 257 East Sandford Blvd | ☐ Unliquidated | |
| Mount Vernon, NY 10550 | ☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|
| AmTrust | ☐ Contingent | |
| 59 Maiden Lane 43 Fl | ☐ Unliquidated | |
| New York, NY 10038 | ☐ Disputed | |
| | Basis for the claim: Insurance | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|
| AT&T | ☐ Contingent | |
| PO Box Box 537104 | ☐ Unliquidated | |
| Atlanta, GA 30353 | ☐ Disputed | |
| | Basis for the claim: Utilities | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|
| Bio Energy Devel Corp | ☐ Contingent | |
| 26-50 Brooklyn Queens Expy W. | ☐ Unliquidated | |
| Woodside, NY 11377 | ☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

CFG Merchant Solutions, LLC

180 Maiden Lane 15th Fl

New York, NY 10016

Date or dates debt was incurred _____

Last 4 digits of account number  2  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Merchant Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,025.00

---

**3.6** **Nonpriority creditor's name and mailing address**

Cintas

325 Corporate Blvd S

Yonkers, NY 10701

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7** **Nonpriority creditor's name and mailing address**

Concerto Card Co

PO Box 200057

Dallas, TX 75320-0057

Date or dates debt was incurred _____

Last 4 digits of account number  6  2  3  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,607.63

---

**3.8** **Nonpriority creditor's name and mailing address**

ConEd

Attn: Law Department

4 Irving Place Rm 1875

New York, NY 10003

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  -  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,517.21

---

Debtor   **Vegan ReGrub LLC**                                                     Case number *(if known)*
_____
Name

---

| Part 2: | Additional Page |

---

**3.9**  Nonpriority creditor's name and mailing address

**Cornerstone Mgmt Systems, Inc**

**271 Madison Ave Suite 800**

**New York, NY 10016**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ L L C

Remarks:
Rent, Rent Adjustments, Water/Sewer, Real Estate Taxes

As of the petition filing date, the claim is:   $93,130.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address

**Cosme Plumbing & Heating Corp**

**221 Bruckner Blvd**

**Bronx, NY 10454**

Date or dates debt was incurred   _____

Last 4 digits of account number   0 2 5 1

As of the petition filing date, the claim is:   $795.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address

**Cosme Plumbing & Heating Corp**

**221 Bruckner Blvd**

**Bronx, NY 10454**

Date or dates debt was incurred   _____

Last 4 digits of account number   0 2 7 6

As of the petition filing date, the claim is:   $381.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**  Nonpriority creditor's name and mailing address

**Crown Cold Storage**

**640 Parkside Ave Suite 301**

**Brooklyn, NY 11226**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Vegan ReGrub LLC**
_____   Case number *(if known)* _____
Name

---

**Part 2:**   Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

**Derek Storm**

**3717 Cedar Dr**

**Walnutport, PA 18088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  Business Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Dot Foods**

**301 American Blvd**

**Bear, DE 19701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Everett HVAC & Construction**

**1615 Dean St Suite 5C**

**Brooklyn, NY 11213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  Service

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,565.20 |
|---|---|---|---|

**Foxship Bakery**

**1735 W Diversey Pkwy Apt 218**

**Chicago, IL 60614-9386**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **Vegan ReGrub LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,511.62
--- | --- | --- | ---

Nonpriority creditor's name and mailing address

Fundomate Technologies, Inc

300 Continental Blvd Ste 410

El Segundo, CA 90245

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62,511.62

Date or dates debt was incurred    10/27/2022

Last 4 digits of account number    3  9  8  1

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address

Gene Stone

817 N Alfred #254

West Hollywood, CA 90069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address

George Castillo

600 W 178th St Apt 51

New York, NY 10033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:  Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address

Goldstein & Loggia CPAs LLC

707 Tennent Rd

Englishtown, NJ 07726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:  Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Vegan ReGrub LLC**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hartford Insurance**

**690 Asylum Ave**

**Hartford, CT 06155**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.22 Nonpriority creditor's name and mailing address**

**Headway Capital**

**175 W Jackson Blvd Suite 1000**

**Chicago, IL 60604**

**Date or dates debt was incurred** 7/2022

**Last 4 digits of account number** 5 6 5 7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Line of Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$104,916.58

---

**3.23 Nonpriority creditor's name and mailing address**

**Jodi Rasch**

**25 Hillandale Rd**

**Port Chester, NY 10573**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

**3.24 Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank**

**Attn: Officer**

**270 Park Aven**

**New York, NY 10017**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2 6 1 8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,138.00

Debtor  **Vegan ReGrub LLC**                                    Case number *(if known)* _____
Name

---

Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Lilly's Vegan Pantry

☐ Contingent
☐ Unliquidated

213 Hester St

☐ Disputed

New York, NY 10013

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Manhattan Fire and Safety

☐ Contingent
☐ Unliquidated

242 W 30th St

☐ Disputed

New York, NY 10001

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00
*Check all that apply.*

Millennium Business Consulting, Inc.

☐ Contingent
☐ Unliquidated

450 7th Ave Suite 1503

☐ Disputed

New York, NY 10123

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Mountain Air Roasters Coffee

☐ Contingent
☐ Unliquidated

126 N 7th St

☐ Disputed

Grand Junction, CO 81501

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

Debtor  **Vegan ReGrub LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**My Parking Sign**

**300 Cadman Plaza West Suite 1303**

**Brooklyn, NY 11201**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.30** Nonpriority creditor's name and mailing address

**New Yorker Bagels**

**34-20 12th St**

**LIC, NY 11106**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$677.00

---

**3.31** Nonpriority creditor's name and mailing address

**PayPal Business Loan**

**c/o Swift Financial**

**3505 Silverside Rd 7th Fl**

**Wilmington, DE 19810**

Date or dates debt was incurred

Last 4 digits of account number  3  8  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$81,732.49

---

**3.32** Nonpriority creditor's name and mailing address

**Pearl Sci-Tech Bottling**

**26 East St**

**Ansonia, CT 06401**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

Debtor   **Vegan ReGrub LLC**                                    Case number *(if known)*
_____
Name

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Public Storage**

**2401 BQE Unit A492**

**Woodside, NY 11377**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $1,458.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Rapid Air Refrigeration**

**645 Saw Mill Rd**

**Ardsley, NY 10502**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Restaurant Depot**

**Jetro Cash & Carry Enterprises, LLC**

**1710 Whitestone Expressway**

**Whitestone, NY 11357**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Share Bite**

**205 Hudson St**

**New York, NY 10013**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Vegan ReGrub LLC**_____          Case number *(if known)* _____
          Name

## Part 2:    Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.37** Nonpriority creditor's name and mailing address

**Sign World**

**1194 Utica Ave**

**Brooklyn, NY 11203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Smart Sense by Digi**

**86 Lincoln St 9th Fl**

**Boston, MA 02111**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**Spectrum Business**

**400 Atlantic St**

**Stamford, CT 06901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**Strategic Tax Planning**

**PO Box 1828**

**Annapolis, MD 21404**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $12,500.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Vegan ReGrub LLC**                                            Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,941.02
| **Sysco Metro NY** | *Check all that apply.* |
| | ☐ Contingent |
| **20 Theodore Conrad Dr** | ☐ Unliquidated |
| **Jersey City, NJ 07305** | ☐ Disputed |
| | **Basis for the claim:** Vendor |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   8  1  2 ___ | ☑ No |
| | ☐ Yes |

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Taylor Grill** | *Check all that apply.* |
| | ☐ Contingent |
| **750 North Blackhawk Boulevard** | ☐ Unliquidated |
| **Rockton, IL 61072** | ☐ Disputed |
| | **Basis for the claim:** Vendor |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **To Life Water** | *Check all that apply.* |
| | ☐ Contingent |
| **924 50th St,** | ☐ Unliquidated |
| **Brooklyn, NY 11219-3309** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Travellers Insurance** | *Check all that apply.* |
| | ☐ Contingent |
| **1 Tower Square** | ☐ Unliquidated |
| **Hartford, CT 06183** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

Debtor   **Vegan ReGrub LLC**                                                    Case number *(if known)* _____
         Name

---

**Part 2:** Additional Page

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.45** Nonpriority creditor's name and mailing address

U-Haul

PO Box 21502

Phoenix, AZ 85036-1502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:         unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

UL Liability

1190 Devon Park Dr

Wayne, PA 19087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:         unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

Uline

12575 Uline Drive

Pleasant Prairie, WI 53158

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:         $75.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

US Small Business Administration

409 3rd St., SW

Washington, DC 20416

Date or dates debt was incurred _____

Last 4 digits of account number  7  9  0  8

As of the petition filing date, the claim is:         $150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**3.49** Nonpriority creditor's name and mailing address

VegOut Media LLC

3550 Jasmine Ave Apt 9

Los Angeles, CA 90034

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset?
☑ No
☐ Yes

**3.50** Nonpriority creditor's name and mailing address

Zelin & Associates

555 8th Ave Suite 2203

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number   1   3   0   8

As of the petition filing date, the claim is:          $4,688.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 3:** List Others to Be Notified About Unsecured Claims</div>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Allied Interstate**<br>**PO Box 5002**<br>**Fogelsville, PA 18051** | Line **3.33**<br>☐ Not listed. Explain _____ | **0  3  6  6** |
| 4.2 **Jemjac Ent.**<br>**1002 Pleasant Hill Rd**<br>**Orange, CT 06477** | Line **3.32**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Law Offices of Steven Zakharyayev, PLLC**<br>**10 W 37th St RM 602**<br>**New York, NY 10018** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Rauch Milliken**<br>**4400 Trenton St.**<br>**Metairie, LA 70006** | Line **3.41**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Swift Capital**<br>**2211 North First Street**<br>**San Jose, CA 95131** | Line **3.31**<br>☐ Not listed. Explain _____ | **3  8  0  2** |
| 4.6 **Yeshaya Gorkin, Esq.**<br>**PO Box 605**<br>**New York, NY 10038** | Line **3.17**<br>☐ Not listed. Explain _____ | **2  0  2  3** |

| Debtor | **Vegan ReGrub LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3" style="background-color:black;color:white;"><strong>Part 4:</strong> Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $34,109.29 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,662,217.97 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,696,327.26 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Vegan ReGrub LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of New York</td></tr>
<tr><td colspan="2">Case number (if known): _____   Chapter ___7___</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases           12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Storefront - 134 E 27th St<br>Contract to be REJECTED | Cornerstone Mgmt Systems, Inc<br>271 Madison Ave Suite 800<br>New York, NY 10016 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Cooking Equipment<br>Contract to be REJECTED | Clicklease<br>1182 W 2400 S<br>West Valley City, UT 84119 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease<br>Contract to be REJECTED | Office Lease<br>5102 21st St Room 137<br>Long Island City, NY 11101 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name        __Vegan ReGrub LLC__

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**New York**_____
                                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Dolgon-Krutolow, Carol | 1613 3rd Ave <br> Street <br><br> New York, NY 10128 <br> City          State          ZIP Code | Public Storage | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  Krutolow, Martin | 1641 3rd Ave Apt 29F <br> Street <br><br> New York, NY 10128 <br> City          State          ZIP Code | PayPal Business Loan | ☐ D <br> ☑ E/F <br> ☐ G |
| | | New Yorker Bagels | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Clicklease | ☐ D <br> ☐ E/F <br> ☑ G |
| | | Cornerstone Mgmt Systems, Inc | ☐ D <br> ☐ E/F <br> ☑ G |
| | | Foxship Bakery | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Sysco Metro NY | ☐ D <br> ☑ E/F <br> ☐ G |
| | | CFG Merchant Solutions, LLC | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Vegan ReGrub LLC** | Case number (if known) | |
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Headway Capital | ☐ D  ☑ E/F  ☐ G |
| | | Fundomate Technologies, Inc | ☐ D  ☑ E/F  ☐ G |
| | | Cornerstone Mgmt Systems, Inc | ☐ D  ☑ E/F  ☐ G |
| | | US Small Business Administration | ☐ D  ☑ E/F  ☐ G |
| | | Ace Natural | ☐ D  ☑ E/F  ☐ G |
| | | NY State Unemployment Insurance | ☐ D  ☑ E/F  ☐ G |
| | | Zelin & Associates | ☐ D  ☑ E/F  ☐ G |
| | | JP Morgan Chase Bank | ☐ D  ☑ E/F  ☐ G |
| | | Public Storage | ☐ D  ☑ E/F  ☐ G |
| | | Millennium Business Consulting, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | ConEd | ☐ D  ☑ E/F  ☐ G |
| | | Concerto Card Co | ☐ D  ☑ E/F  ☐ G |
| | | State of NY | ☐ D  ☑ E/F  ☐ G |
| | | Bio Energy Devel Corp | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Vegan ReGrub LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;"></td><td colspan="2">Additional Page if Debtor Has More Codebtors</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Manhattan Fire and Safety | ☐ D  ☑ E/F  ☐ G |
| | | Pearl Sci-Tech Bottling | ☐ D  ☑ E/F  ☐ G |
| | | Rapid Air Refrigeration | ☐ D  ☑ E/F  ☐ G |
| | | Share Bite | ☐ D  ☑ E/F  ☐ G |
| | | Smart Sense by Digi | ☐ D  ☑ E/F  ☐ G |
| | | Spectrum Business | ☐ D  ☑ E/F  ☐ G |
| | | Taylor Grill | ☐ D  ☑ E/F  ☐ G |
| | | AT&T | ☐ D  ☑ E/F  ☐ G |
| | | AmTrust | ☐ D  ☑ E/F  ☐ G |
| | | Travellers Insurance | ☐ D  ☑ E/F  ☐ G |
| | | Hartford Insurance | ☐ D  ☑ E/F  ☐ G |
| | | Goldstein & Loggia CPAs LLC | ☐ D  ☑ E/F  ☐ G |
| | | U-Haul | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Vegan ReGrub LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Cintas | ☐ D  ☑ E/F  ☐ G |
| | | My Parking Sign | ☐ D  ☑ E/F  ☐ G |
| | | Dot Foods | ☐ D  ☑ E/F  ☐ G |
| | | VegOut Media LLC | ☐ D  ☑ E/F  ☐ G |
| | | Mountain Air Roasters Coffee | ☐ D  ☑ E/F  ☐ G |
| | | Restaurant Depot | ☐ D  ☑ E/F  ☐ G |
| | | Lilly's Vegan Pantry | ☐ D  ☑ E/F  ☐ G |
| | | UL Liability | ☐ D  ☑ E/F  ☐ G |
| | | Strategic Tax Planning | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |
| 2.3 | Krutolow, Martin<br><br>1641 3rd Ave<br>Street<br>Apt 29FE<br><br>New York, NY 10128<br>City          State          ZIP Code | PayPal Business Loan<br><br>New Yorker Bagels | ☐ D  ☑ E/F  ☐ G<br><br>☐ D  ☑ E/F  ☐ G |

| Debtor | **Vegan ReGrub LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Foxship Bakery | ☐ D  ☑ E/F  ☐ G |
| | | Sysco Metro NY | ☐ D  ☑ E/F  ☐ G |
| | | CFG Merchant Solutions, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Headway Capital | ☐ D  ☑ E/F  ☐ G |
| | | Fundomate Technologies, Inc | ☐ D  ☑ E/F  ☐ G |
| | | Cornerstone Mgmt Systems, Inc | ☐ D  ☑ E/F  ☐ G |
| | | US Small Business Administration | ☐ D  ☑ E/F  ☐ G |
| | | Ace Natural | ☐ D  ☑ E/F  ☐ G |
| | | NY State Unemployment Insurance | ☐ D  ☑ E/F  ☐ G |
| | | Zelin & Associates | ☐ D  ☑ E/F  ☐ G |
| | | JP Morgan Chase Bank | ☐ D  ☑ E/F  ☐ G |
| | | Public Storage | ☐ D  ☑ E/F  ☐ G |
| | | Millennium Business Consulting, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | ConEd | ☐ D  ☑ E/F  ☐ G |

| Debtor | Vegan ReGrub LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Concerto Card Co | ☐ D  ☑ E/F  ☐ G |
| | | State of NY | ☐ D  ☑ E/F  ☐ G |
| | | Bio Energy Devel Corp | ☐ D  ☑ E/F  ☐ G |
| | | Manhattan Fire and Safety | ☐ D  ☑ E/F  ☐ G |
| | | Pearl Sci-Tech Bottling | ☐ D  ☑ E/F  ☐ G |
| | | Rapid Air Refrigeration | ☐ D  ☑ E/F  ☐ G |
| | | Share Bite | ☐ D  ☑ E/F  ☐ G |
| | | Smart Sense by Digi | ☐ D  ☑ E/F  ☐ G |
| | | Spectrum Business | ☐ D  ☑ E/F  ☐ G |
| | | Taylor Grill | ☐ D  ☑ E/F  ☐ G |
| | | AT&T | ☐ D  ☑ E/F  ☐ G |
| | | AmTrust | ☐ D  ☑ E/F  ☐ G |
| | | Travellers Insurance | ☐ D  ☑ E/F  ☐ G |
| | | Hartford Insurance | ☐ D  ☑ E/F  ☐ G |

Debtor    **Vegan ReGrub LLC**                                            Case number (if known) _____
         Name

| ■ | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Goldstein & Loggia CPAs LLC | ☐ D  ☑ E/F  ☐ G |
| | | U-Haul | ☐ D  ☑ E/F  ☐ G |
| | | Cintas | ☐ D  ☑ E/F  ☐ G |
| | | My Parking Sign | ☐ D  ☑ E/F  ☐ G |
| | | Dot Foods | ☐ D  ☑ E/F  ☐ G |
| | | VegOut Media LLC | ☐ D  ☑ E/F  ☐ G |
| | | Mountain Air Roasters Coffee | ☐ D  ☑ E/F  ☐ G |
| | | Restaurant Depot | ☐ D  ☑ E/F  ☐ G |
| | | Lilly's Vegan Pantry | ☐ D  ☑ E/F  ☐ G |
| | | UL Liability | ☐ D  ☑ E/F  ☐ G |
| | | Strategic Tax Planning | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |
| | | NY State Division of Taxation | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Vegan ReGrub LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | LIC Vegan LLC | 1641 3rd Ave, Unit 29FE <br> Street <br><br> New York, NY 10128 <br> City       State       ZIP Code | Clicklease | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.5 | MVW 27 LLC | 97 Lexington Ave Store 1 <br> Street <br><br> New York, NY 10016 <br> City       State       ZIP Code | ConEd | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.6 | _____ | _____ <br> Street <br><br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Vegan ReGrub LLC _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*....................................................................................

   | $0.00 |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................

   | ($276.78) |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................

   | ($276.78) |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

   | $34,109.29 |
   | --- |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $1,662,217.97 |
   | --- |

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b

   | $1,696,327.26 |
   | --- |

| Fill in this information to identify the case: |
|---|
| Debtor name _____ Vegan ReGrub LLC _____ |
| United States Bankruptcy Court for the: _____ Southern District of New York _____ |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$246,260.82</u> |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$268,434.00</u> |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$459,915.00</u> |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   Name

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | _____ | _____<br>_____<br>_____ |
| **Relationship to debtor**<br>_____ | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Vegan ReGrub LLC                  Case number *(if known)* _____
        Name

| 5.1. | Public Storage | Property sold for $460.00 1 EZ UP Tent, 1 Box of rags, 1 large floor safe from under office desk, 2 Track lights from Brooklyn Museum, 1 Stainless Steel table 6' x 29" (damaged), 1 Upright Freezer, 1 Ice Cream Freezer, 1 Double Door Fridge, 1 Floor heater, 1 single fan, 4 White buckets, 3 Green Pickle Buckets, 20 Misc Standards and brackets, 1 brazier or low sided stock pot, 1 Plastic for table cover, 1 Mop bucket, 1 Dewalt vacuum, 1 box Dewalt misc batteries and chargers, 3 tarps various sizes, 1 "Closed" sign, 2 napkin holders, 20 small plastic bins with covers 8" x 12', 16 Squeeze bottles for portion control gun, 6 spouts for pour bottles, 2 18" x 6' prep tables, 1 Microwave, 4 Warming Units, 21 wire chafing racks, 1 5' over shelf, 1 step ladder, 1 8' ladder, 2 griddles, 6 panini presses, 1 rubbermaid water thremos (red), 10 red aprons, 4 griddle side tables, 1 table fryer, 1 induction burger, 1 5 gal gas can, 2 cardboard box of hardware supplies/painting from under coffee table, 1 Mop, 1 Broom, 1 Folding beach chair, 1 Coffee Urn, 16 Lids for white buckets, 1 4' x 2' MVB metal sign, 10 various Rubbermaid shelves from office, 1 Metroshelf 18" x 4', 8 Sand bags, 1 small black wooden stepstool (Carol's mom's), 2 boxes of trash bags 33 gal, 1 box of XL trash bags 45 gal, 1 event stand from Brooklyn Night Bazaar built by David and weighing 4392 pounds, 1 Butane burner, 2 Floor heater, 1 double fan, 1 container bungee cords | 9/2023 | $0.00 |
| | Creditor's name | | | |
| | 2401 BQE Unit A492 | | | |
| | Street | | | |
| | | | | |
| | Woodside, NY 11377 | | | |
| | City       State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Fundomate Technologies Inc v. Vegan ReGrub D/B/A Marty's V Burger, et al. | | Supreme Court of NY - Kings County | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 141 Livingston St | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | 525622/2023 | | Brooklyn, NY 11201 | |
| | | | City            State      ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Emraldd 97 LLC against MVW 27 LLC | Non-Payment Commercial | Civil Court of NY County | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 111 Centre St | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | LT-320662-23/NY | | New York, NY 10013-4390 | |
| | | | City            State      ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City            State      ZIP Code | | |
| | | **Date of order or assignment** | City            State      ZIP Code |

---

**Part 4:**    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Peddle | 2001 GMC Savana G35 | 8/31/2023 | $300.00 |
| | Recipient's name | | | |
| | 111 W. 6th St | | | |
| | Street | | | |
| | Austin, TX 78701 | | | |
| | City            State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | Donation Recipient | | | |

Debtor    Vegan ReGrub LLC                                             Case number *(if known)*_____
                 Name

| **Part 5:** | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| **Part 6:** | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Law Offices of Scott J. Goldstein, LLC | Attorney's Fee | 7/20/2023 | $2,000.00 |
| **Address** | Attorney's Fee | 8/25/2023 | $1,000.00 |
| 280 West Main Street<br>Street | Attorney's Fee | 09/13/2023 | $1,000.00 |
| | Attorney's Fee | 9/29/23 | $1,000.00 |
| Denville, NJ 07834<br>City          State     ZIP Code | Attorney's Fee | 11/14/2023 | $1,000.00 |
| **Email or website address**<br>_____ | | | |
| **Who made the payment, if not debtor?**<br>Carol Dolgon-Krutolow | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee**<br>_____ | | | |

Debtor    Vegan ReGrub LLC _____    Case number *(if known)* _____
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State    ZIP Code

**Relationship to debtor**

_____

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| _____ City    State    ZIP Code | |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
      Facility name

      _____
      Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____  _____  _____
City            State  ZIP Code

_____

_____

Check all that apply:

☐ Electronically

☐ Paper

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Chase Bank<br>Name<br>PO Box 15298<br>Street<br>Attn: Bankruptcy Dept<br>Wilmington, DE 19850<br>City          State    ZIP Code | XXXX– 1  3  3  9 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 7/2023 | $0.00 |

Debtor    Vegan ReGrub LLC    Case number *(if known)*
Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City          State          ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Public Storage | Dolgon-Krutolow, Carol | 1 case 12 oz. hot drink cups 4 trays | ☐ No |
| | Name | | for holding unit 1 bus box Prince | ☑ Yes |
| | 2401 BQE Unit B824 | | Castle Timer 740-T88H Full size | |
| | Street | | aluminum pans 3 cases of 20 lids | |
| | Woodside, NY 11377 | Address | Hotel Pans about 15 1 box | |
| | City          State          ZIP Code | 1613 3rd Ave | ramekins 4 ounce 125 plates | |
| | | New York, NY 10128 | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | Plastic drink cups w/lids 100 1 box | |
| | | | portion bags 12 4 ounce jars griddle | |
| | | Dolgon-Krutolow, Carol | scraping brick 6 empty gallon | ☐ No |
| | Name | | Stainless mixing bowl Cambro | ☑ Yes |
| | 5102 21st St Room 137 | | plastic cups 2 cardboard shipping boxes | |
| | Street | | insulation for shipping boxes | |
| | | | packing tray 2 "A" frame Mother's | |
| | | Address | Day signs 2 plain mansions 1 | |
| | Long Island City, NY 11101 | 1613 3rd Ave | Motak natural gas deep fryer | |
| | City          State          ZIP Code | New York, NY 10128 | 90,000 BTU 3-M Model jelly | |
| | | | cups coffee Misc office supplies HP | |
| | | | baskets scanner juice dispenser | |

| 20.3 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Pearl Sci-Tech Bottling | Names of anyone with access to it | clothing (hats, t-shirts, polo shirts) | ☑ No |
| | Name | | 8 4 foot - 5 fork 4 quart racks 6 | ☐ Yes |
| | 26 East St | | Grinder, Crimper, Sou Hydraulic | |
| | Street | | plastic baskets 1 floor folding table | |
| | | | Automatic Vertical Sausage filling | |
| | | Address | 1 bus box with small wares 1 | |
| | Ansonia, CT 06401 | | machine Grinder, Crimper, 3BS | |
| | City          State          ZIP Code | | portable gas stove 2 Bunn coffee | |
| | | | servers 2 sets of white plastic letter | |
| | | | Hydraulic Automatic Vertical | |
| | | | Sausage Stuffer | |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor    Vegan ReGrub LLC    Case number *(if known)*
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____    To _____ |
| City    State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____    To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Goldstein & Loggia CPAs LLC<br>Name | From 2020    To 2023 |
| 707 Tennent Rd<br>Street | |
| Englishtown, NJ 07726<br>City    State    ZIP Code | |

Debtor    Vegan ReGrub LLC
          Name                                                          Case number (if known) _____

| Name and address | Dates of service |
|---|---|

26b.2. Better Accounting Solutions LLC                                  From 8/2023      To 8/2023
       Name

       40 Wall St Suite #3100
       Street


       New York, NY 10005
       City                              State            ZIP Code

| Name and address | Dates of service |
|---|---|

26b.3. K9 Bookkeeping                                                   From 8/2023      To 12/2023
       Name

       40 Wall St Suite #3100
       Street


       New York, NY 10005
       City                              State            ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

       Name

       Street


       City                              State            ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
       statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

       Name

       Street


       City                              State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sara Flowers | 7/2023 | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. Krutolow, Martin
      Name

      1641 3rd Ave
      Street

      Apt 29FE

      New York, NY 10128
      City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derrek Storm | 3717 Cedar Dr Walnutport, PA 18088 | LLC Member, | 5.00% |
| Krutolow, Martin | Apt 29FE 1641 3rd Ave Apt 29F New York, NY 10128 | LLC Manager, | 95.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____  To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

| Relationship to debtor |
|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

Debtor    Vegan ReGrub LLC                                            Case number (if known)
          Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/07/2023_____
          MM/  DD/  YYYY

**X** /s/ Martin Krutolow                        Printed name _____Martin Krutolow_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____Owner / Managing Member____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Vegan ReGrub LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Ace Natural 257 East Sandford Blvd Mount Vernon, NY 10550 | | | | | | $4,356.44 |
| 2  CFG Merchant Solutions, LLC 180 Maiden Lane 15th Fl New York, NY 10016 | Aidan Brewer (201) 389-4168 ABrewer@CFGMS.com | Merchant Services | | | | $55,025.00 |
| 3  Concerto Card Co PO Box 200057 Dallas, TX 75320-0057 | | | | | | $8,607.63 |
| 4  Cornerstone Mgmt Systems, Inc 271 Madison Ave Suite 800 New York, NY 10016 | (212) 661-1150 | | | | | $93,130.79 |
| 5  Derek Storm 3717 Cedar Dr Walnutport, PA 18088 | | Business Loan | | | | $15,000.00 |
| 6  Fundomate Technologies, Inc 300 Continental Blvd Ste 410 El Segundo, CA 90245 | | Business Loan | | | | $62,511.62 |
| 7  Gene Stone 817 N Alfred #254 West Hollywood, CA 90069 | | Business Loan | | | | $5,000.00 |
| 8  Headway Capital 175 W Jackson Blvd Suite 1000 Chicago, IL 60604 | | Business Line of Credit | | | | $104,916.58 |

| Debtor | Vegan ReGrub LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Jodi Rasch<br>25 Hillandale Rd<br>Port Chester, NY 10573 | | Business Loan | | | | $15,000.00 |
| 10  JP Morgan Chase Bank<br>Attn: Officer<br>270 Park Aven<br>New York, NY 10017 | | Credit Card | | | | $26,138.00 |
| 11  Lisa Neumann<br>425 Swing Lane<br>Louisville, KY 40207 | | Unpaid wages for hours worked | Disputed | | | $6,888.47 |
| 12  Millennium Business Consulting, Inc.<br>450 7th Ave Suite 1503<br>New York, NY 10123 | | | | | | $1,000,000.00 |
| 13  NY State Division of Taxation<br>Bankruptcy/Special Procedures Section<br>Po Box 5300<br>Albany, NY 12205 | | Sales & Use Tax | Disputed | | | $7,523.86 |
| 14  NY State Division of Taxation<br>Bankruptcy/Special Procedures Section<br>Po Box 5300<br>Albany, NY 12205 | | Sales & Use Tax | | | | $6,990.24 |
| 15  NY State Division of Taxation<br>Bankruptcy/Special Procedures Section<br>Po Box 5300<br>Albany, NY 12205 | | Sales & Use Tax | | | | $4,186.77 |
| 16  PayPal Business Loan<br>c/o Swift Financial<br>3505 Silverside Rd 7th Fl<br>Wilmington, DE 19810 | (866) 406-2852 | Business Loan | | | | $81,732.49 |
| 17  Strategic Tax Planning<br>PO Box 1828<br>Annapolis, MD 21404 | | | | | | $12,500.00 |
| 18  Sysco Metro NY<br>20 Theodore Conrad Dr<br>Jersey City, NJ 07305 | (201) 201-6345 | Vendor | | | | $10,941.02 |
| 19  US Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | | Business Loan | | | | $150,000.00 |
| 20  Zelin & Associates<br>555 8th Ave Suite 2203<br>New York, NY 10018 | | Professional Services | | | | $4,688.20 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

**In re**    Vegan ReGrub LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $6,000.00

Prior to the filing of this statement I have received ................................................................    $6,000.00

Balance Due ............................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/07/2023 | /s/ Scott J Goldstein |
|---|---|
| *Date* | Scott J Goldstein |
| | *Signature of Attorney* |

Bar Number: 4291811
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Phone: (973) 453-2838

Law Offices of Scott J. Goldstein, LLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE: **Vegan ReGrub LLC**                                CASE NO

                                                          CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____12/07/2023_____     Signature _____/s/ Martin Krutolow_____

                                              Martin Krutolow, Owner / Managing Member

[ case number ]

Ace Natural
257 East Sandford Blvd
Mount Vernon, NY 10550


Allied Interstate
PO Box 5002
Fogelsville, PA 18051


AmTrust
59 Maiden Lane 43 Fl
New York, NY 10038


AT&T
PO Box Box 537104
Atlanta, GA 30353


Bio Energy Devel Corp
26-50 Brooklyn Queens Expy W.
Woodside, NY 11377


CFG Merchant Solutions, LLC
180 Maiden Lane 15th Fl
New York, NY 10016


Cintas
325 Corporate Blvd S
Yonkers, NY 10701


Clicklease
1182 W 2400 S
West Valley City, UT 84119

Concerto Card Co
PO Box 200057
Dallas, TX 75320-0057

ConEd
Attn: Law Department
4 Irving Place Rm 1875
New York, NY 10003

Cornerstone Mgmt Systems,
Inc
271 Madison Ave Suite 800
New York, NY 10016

Cosme Plumbing & Heating
Corp
221 Bruckner Blvd
Bronx, NY 10454

Crown Cold Storage
640 Parkside Ave Suite 301
Brooklyn, NY 11226

Derek Storm
3717 Cedar Dr
Walnutport, PA 18088

Carol Dolgon-Krutolow
1613 3rd Ave
New York, NY 10128

Dot Foods
301 American Blvd
Bear, DE 19701

Everett HVAC & Construction
1615 Dean St Suite 5C
Brooklyn, NY 11213

Foxship Bakery
1735 W Diversey Pkwy Apt 218
Chicago, IL 60614-9386

Fundomate Technologies, Inc
300 Continental Blvd Ste 410
El Segundo, CA 90245

Gene Stone
817 N Alfred #254
West Hollywood, CA 90069

George Castillo
600 W 178th St Apt 51
New York, NY 10033

Goldstein & Loggia CPAs LLC
707 Tennent Rd
Englishtown, NJ 07726

Hartford Insurance
690 Asylum Ave
Hartford, CT 06155

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

Jemjac Ent.
1002 Pleasant Hill Rd
Orange, CT 06477

Jodi Rasch
25 Hillandale Rd
Port Chester, NY 10573

JP Morgan Chase Bank
Attn: Officer
270 Park Aven
New York, NY 10017

Martin Krutolow
1641 3rd Ave Apt 29F
New York, NY 10128

Martin Krutolow
1641 3rd Ave
Apt 29FE
New York, NY 10128

Law Offices of Steven
Zakharyayev, PLLC
10 W 37th St RM 602
New York, NY 10018

LIC Vegan LLC
1641 3rd Ave, Unit 29FE
New York, NY 10128

Lilly's Vegan Pantry
213 Hester St
New York, NY 10013

Lisa Neumann
425 Swing Lane
Louisville, KY 40207

Manhattan Fire and Safety
242 W 30th St
New York, NY 10001

Millennium Business
Consulting, Inc.
450 7th Ave Suite 1503
New York, NY 10123

Mountain Air Roasters Coffee
126 N 7th St
Grand Junction, CO 81501

MVW 27 LLC
97 Lexington Ave Store 1
New York, NY 10016

My Parking Sign
300 Cadman Plaza West Suite 1303
Brooklyn, NY 11201

New Yorker Bagels
34-20 12th St
LIC, NY 11106

NY State Division of Taxation
Bankruptcy/Special Procedures Section
Po Box 5300
Albany, NY 12205

NY State Unemployment
Insurance
PO Box 4301
Binghamton, NY 13902


Office Lease
5102 21st St Room 137
Long Island City, NY 11101


PayPal Business Loan
c/o Swift Financial
3505 Silverside Rd 7th Fl
Wilmington, DE 19810


Pearl Sci-Tech Bottling
26 East St
Ansonia, CT 06401


Public Storage
2401 BQE Unit A492
Woodside, NY 11377


Rapid Air Refrigeration
645 Saw Mill Rd
Ardsley, NY 10502


Rauch Milliken
4400 Trenton St.
Metairie, LA 70006


Restaurant Depot
Jetro Cash & Carry Enterprises, LLC
1710 Whitestone Expressway
Whitestone, NY 11357

Sara Flowers
261 14th St Apt 3B
Brooklyn, NY 11215


Share Bite
205 Hudson St
New York, NY 10013


Sign World
1194 Utica Ave
Brooklyn, NY 11203


Smart Sense by Digi
86 Lincoln St 9th Fl
Boston, MA 02111


Spectrum Business
400 Atlantic St
Stamford, CT 06901


State of NY
Bureau of Compliance
PO Box Box 5200
Binghamton, NY 13902


Strategic Tax Planning
PO Box 1828
Annapolis, MD 21404


Swift Capital
2211 North First Street
San Jose, CA 95131

Sysco Metro NY
20 Theodore Conrad Dr
Jersey City, NJ 07305

Taylor Grill
750 North Blackhawk Boulevard
Rockton, IL 61072

To Life Water
924 50th St,
Brooklyn, NY 11219-3309

Travellers Insurance
1 Tower Square
Hartford, CT 06183

U-Haul
PO Box 21502
Phoenix, AZ 85036-1502

UL Liability
1190 Devon Park Dr
Wayne, PA 19087

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

US Small Business
Administration
409 3rd St., SW
Washington, DC 20416

VegOut Media LLC
3550 Jasmine Ave Apt 9
Los Angeles, CA 90034


Yeshaya Gorkin
PO Box 605
New York, NY 10038


Zelin & Associates
555 8th Ave Suite 2203
New York, NY 10018

**Resolution To File for Chapter 7 Relief and Retain Bankruptcy Counsel**

This Being the Resolution of Members of Vegan ReGrub, LLC (the "Company")

**WHEREAS** the Company has certain financial obligations that the Company cannot meet at this time.

**WHEREAS,** the Company now desires to liquidate and close operations; and

**WHEREAS,** the Company desires to retain counsel to prosecute a Chapter 7 case; and

**WHEREAS,** it would be in the best interests of creditors for the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

**RESOLVED,** that the Company shall, as soon as practicable, file a petition seeking relief under Chapter 7 of the United States Code (the "Bankruptcy Code")

**RESOLVED,** that the Company will retain the Law Offices of Scott J. Goldstein, LLC to represent the Company in any Chapter 7 bankruptcy filing.

The undersigned hereby certifies that he is the President and the custodian of the books and records and seal of Vegan ReGrub, LLC a Limited Liability Company duly formed pursuant to the laws of the state of New York and that the foregoing is a true record of a resolution of the Members of Vegan ReGrub, LLC and that said resolution is now in full force and effect without modification or rescission.

In witness whereof, I have executed my name as Managing Member and President of the Company, this 7th day of December, 2023

Martin H. Krutolow