*Alan Nisselson, Chapter 7 Trustee*
(anisselson@windelsmarx.com)
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215

Abandonment Date: March 15, 2024 at 12:00 p.m.
Objections Due: March 14, 2023 at 5:00 p.m.
Hearing on Objections, if any:  TBD

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>VEGAN REGRUB, LLC,<br>A/K/A MARTY'S V BURGER<br>                        Debtor. | Chapter 7<br><br>Case No. 23-11985-jpm |

**TRUSTEE'S NOTICE OF ABANDONMENT PURSUANT TO BANKRUPTCY CODE § 554, FEDERAL RULE OF BANKRUPTCY PROCEDURE 6007(a) AND LOCAL BANKRUPTCY RULE 6007-1 OF OFFICE FURNITURE MISCELLANEOUS RESTAURANT EQUIPMENT AND SUPPLIES**

**PLEASE TAKE NOTICE** that, on March 15, 2024 at 12:00 p.m., Alan Nisselson (the "**Trustee**"), trustee of the chapter 7 estate (the "**Estate**") of Vegan Regrub, LLC. a/k/a Marty's V Burger (the "**Debtor**"), proposes pursuant to 11 U.S.C. § 554, Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 6007-1 of the Local Bankruptcy Rules (the "**Local Rules**") of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), to abandon to the Debtor (the "**Abandonment**") office furniture, fixtures, restaurant equipment, restaurant machinery, supplies and miscellaneous personal property  (collectively, the "**Property**").  The Property is located at locations including, but not limited to, 24-01 Brooklyn Queens Expressway W, Unit A492, Woodside, NY 11377, 134 East 27th St, New York, NY 10016, 5102 21st St, Room 137, Long Island City, NY 11101 and 26 East St., Ansonia, CT 06401. Maltz Auctions, Inc. reviewed a listing of the Property and advised the Trustee that the Property does not have sufficient value to warrant conducting a sale. Also, several entities hold liens against the Property and those liens significantly exceed the

value of the Property. Accordingly, the Trustee has determined that the Property are of inconsequential value and burdensome to the Estate.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Abandonment must be in writing, conform to the Bankruptcy Rules and the Local Rules, and be filed in accordance with General Order M-399 and the electronic filing procedures for Bankruptcy Court which are available at the Court's website: www.nysb.uscourts.gov; and (a) be delivered to the Chambers of The Honorable John P. Mastando III, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, and (b) served by first-class mail so as to be received no later than **March 14, 2024 by 5:00 p.m**. (the "**Objection Date**") by: (i) the Bankruptcy Court, (ii) the Trustee, Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019; (iii) Law Offices of Wenarsky and Goldstein, LLC, Attorneys for the Debtor, 410 Route 10 West, Ste. 214, Ledgewood, NJ 07852, Attn: Scott J. Goldstein, Esq.; and (iv) the Office of the United States Trustee, Southern District of New York, One Bowling Green, Room 534, New York, NY 10004, Attn: Greg Zipes, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 6007(a), the Abandonment shall be deemed authorized unless an objection is filed by the Objection Date.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Abandonment are filed and served as set forth above, a hearing (the "**Hearing**") will scheduled to be held before The Honorable John P. Mastando III, United States Bankruptcy Judge. The Trustee will advise the objecting party of the Hearing date and time.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to General Order M-543, available on the Court's Internet website at www.nysb.uscourts.gov (the "**Court's Website**"),

{12281437:1}                                               2

the Court is not holding in-person hearings at this time; in the event a Hearing is held it will be conducted using Zoom for Government.  Parties and counsel wishing to participate in the Hearing using Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an eCourtAppearance through the Court's Website.  Appearances through eCourtAppearance must be made by no later than by 4:00 p.m. on the business day before the Hearing (the "**Appearance Reservation Deadline**").  After the Appearance Reservation Deadline, parties and counsel making a timely eCourtAppearance will receive via email from the Court an invitation to participate in the Hearing through Outlook.  Outlook invitation requests will **not** be made by emailing the Court.  For more information, parties and counsel are referred to the two tabs on Bankruptcy Judge Mastando's Chambers page on the Court's Website (https://www.nysb.uscourts.gov/content/judge-john-p-mastando-iii) labeled: "Zoom Hearings" and "eCourtAppearances."  Click on the eCourtAppearances tab to make your appearance for the Hearing.  if a Hearing is held,

Dated: New York, New York
   February 23, 2024        Alan Nisselson, *Chapter 7 Trustee*

              By: */s/ Alan Nisselson*
                 Alan Nisselson (anisselson@windelsmarx.com)
                 WINDELS MARX LANE & MITTENDORF, LLP
                 156 West 56th Street
                 New York, New York 10019
                 Tel. (212) 237-1000 / Fax. (212) 262-1215