**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| Vegan Regrub, LLC, | Chapter 7 |
| a/k/a Marty's V Burger | Case No. 23-11985-jpm |
| Debtor. | |

## AFFIDAVIT OF SERVICE BY MAIL

**STATE OF NEW YORK**        )
                                                  ) SS.:
**COUNTY OF NEW YORK**   )

**MATTHEW CORWIN**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on February 23, 2024, I served the:

Trustee's Notice of Abandonment Pursuant to Bankruptcy Code § 554, Federal Rule of Bankruptcy Procedure 6007(a) and Local Bankruptcy Rule 6007-1 of Office Furniture Miscellaneous Restaurant Equipment and Supplies, upon:

ALL PARTIES ON THE ATTACHED SERVICE LIST

by First Class Mail at their last known addresses given or located for that purpose by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| Sworn to before me this 23rd  day of February 2024 | |
|---|---|
| */s/ Maritza Segarra* | /s/ Matthew Corwin |
| Maritza Segarra, Notary Public, State of New York | **MATTHEW CORWIN** |
| No. 01SE4652865, | |
| Qualified in Westchester County | |
| Commission Expires December 31, 2025 | |

{12281770:1}