Vegan Regrub, LLC ("Debtor")
Chapter 7 Case No. 23-11985-jpm
Service List
Our File No. 311650-0002

Includes US Trustee, Debtor, Debtor's attorney,
Notices of Appearance, All parties having filed claims,
and parties appearing on creditor list
Updated 2/23/2024
Through Doc. No. 8 & Claim No. 1

Vegan Regrub, LLC
1641 3rd Ave
New York, NY 10128

Scott J. Goldstein
Law Offices of Wenarsky and Goldstein, LLC
410 Route 10 West
Ste 214
Ledgewood, NJ 07852

*Counsel for the Debtor*

Greg Zipes, Esq.
Office of the United States Trustee
Southern District of New York
Alexander Hamilton Customs house
One Bowling Green, Room 534
New York, NY 10004

**Parties Who Filed a Proof of Claim**

New York State Department of Labor
State Campus Bldg., 12 Room 256
Albany, NY 12240

**Parties Appearing on Creditor List**

AT&T
PO Box Box 537104
Atlanta, GA 30353-7104

Ace Natural
257 East Sandford Blvd
Mount Vernon, NY 10550-4623

{12278614:1}

| | |
|---|---|
| Allied Interstate<br>PO Box 5002<br>Fogelsville, PA 18051-5002 | AmTrust<br>59 Maiden Lane 43 Fl<br>New York, NY 10038-4639 |
| Bio Energy Devel Corp<br>26-50 Brooklyn Queens Expy<br>W. Woodside, NY 11377-7822 | CFG Merchant Solutions, LLC<br>180 Maiden Lane 15th Fl<br>New York, NY 10038-5150 |
| Carol Dolgon-Krutolow<br>1613 3rd Ave<br>New York, NY 10128 | Cintas<br>325 Corporate Blvd S<br>Yonkers, NY 10701-6864 |
| CLICKLEASE LLC<br>1182 W 2400 S<br>West Valley City, UT 84119-8510 | ConEd<br>Attn: Law Department<br>4 Irving Place Rm 1875<br>New York, NY 10003-3502 |
| Concerto Card Co<br>PO Box 200057<br>Dallas, TX 75320-0057 | Cornerstone Mgmt Systems, Inc<br>271 Madison Ave Suite 800<br>New York, NY 10016-1005 |

{12278614:1}

Cosme Plumbing & Heating Corp
221 Bruckner Blvd
Bronx, NY 10454-1819

Crown Cold Storage
640 Parkside Ave Suite 301
Brooklyn, NY 11226-8414

Derek Storm
3717 Cedar Dr
Walnutport, PA 18088-9483

Dot Foods
301 American Blvd
Bear, DE 19701-4932

Everett HVAC & Construction
1615 Dean St Suite 5C
Brooklyn, NY 11213-1743

Foxship Bakery
1735 W Diversey Pkwy Apt 218
Chicago, IL 60614-9386

Fundomate Technologies, Inc
300 Continental Blvd Ste 410
El Segundo, CA 90245-5053

Gene Stone
817 N Alfred #254
West Hollywood, CA 90069-4792

George Castillo
600 W 178th St Apt 51
New York, NY 10033-6508

Goldstein & Loggia CPAs LLC
707 Tennent Rd
Englishtown, NJ 07726-3127

{12278614:1}

Hartford Insurance
690 Asylum Ave
Hartford, CT 06155-0002

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604-2863

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Jemjac Ent.
1002 Pleasant Hill Rd
Orange, CT 06477-1116

Jodi Rasch
25 Hillandale Rd
Port Chester, NY 10573-1704

LIC Vegan LLC
1641 3rd Ave, Unit 29FE
New York, NY 10128-3623

Law Offices of Steven Zakharyayev, PLLC
10 W 37th St RM 602
New York, NY 10018-7473

Lilly's Vegan Pantry
213 Hester St
New York, NY 10013-4966

Lisa Neumann
425 Swing Lane
Louisville, KY 40207-1423

MVW 27 LLC
97 Lexington Ave Store 1
New York, NY 10016-8919

{12278614:1}

Manhattan Fire and Safety
242 W 30th St
New York, NY 10001-4903

Martin Krutolow
1641 3rd Ave Apt 29F
New York, NY 10128-3633

Millennium Business Consulting, Inc.
450 7th Ave Suite 1503
New York, NY 10123-1505

Mountain Air Roasters Coffee
126 N 7th St
Grand Junction, CO 81501-3524

My Parking Sign
300 Cadman Plaza West Suite 1303
Brooklyn, NY 11201-3226

NY State Division of Taxation
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

NY State Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

New Yorker Bagels
34-20 12th St
LIC, NY 11106-5009

Office Lease
5102 21st St Room 137
Long Island City, NY 11101-5357

{12278614:1}

PayPal Business Loan
c/o Swift Financial
3505 Silverside Rd 7th Fl
Wilmington, DE

Pearl Sci-Tech Bottling
26 East St
Ansonia, CT 06401-3121

Public Storage
2401 BQE Unit A492
Woodside, NY 11377

Rapid Air Refrigeration
645 Saw Mill Rd
Ardsley, NY 10502-2128

Rauch Milliken
4400 Trenton St.
Metairie, LA 70006-6550

Restaurant Depot
Jetro Cash & Carry Enterprises, LLC
1710 Whitestone Expressway
Whitestone, NY 11357-3054

Sara Flowers
261 14th St Apt 3B
Brooklyn, NY 11215-4937

Share Bite
205 Hudson St
New York, NY 10013-1803

Sign World
1194 Utica Ave
Brooklyn, NY 11203-5997

Smart Sense by Digi
86 Lincoln St 9th Fl
Boston, MA 02111

{12278614:1}

| | |
|---|---|
| Spectrum Business<br>400 Atlantic St<br>Stamford, CT 06901-3512 | State of NY Bureau of Compliance<br>PO Box Box 5200<br>Binghamton, NY 13902-5200 |
| Strategic Tax Planning<br>PO Box 1828<br>Annapolis, MD 21404-1828 | Swift Capital 2211<br>North First Street<br>San Jose, CA 95131 |
| Sysco Metro NY<br>20 Theodore Conrad Dr<br>Jersey City, NJ 07305-4614 | Taylor Grill<br>750 North Blackhawk Boulevard<br>Rockton, IL 61072-2104 |
| To Life Water<br>924 50th St,<br>Brooklyn, NY 11219-3309 | Travellers Insurance<br>1 Tower Square<br>Hartford, CT 06183-0002 |
| U-Haul<br>PO Box 21502<br>Phoenix, AZ 85036-1502 | UL Liability<br>1190 Devon Park Dr<br>Wayne, PA 19087-2150 |

{12278614:1}

US Small Business Administration
409 3rd St., SW
Washington, DC 20416-0005

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

VegOut Media LLC
3550 Jasmine Ave Apt 9
Los Angeles, CA 90034-4988

Yeshaya Gorkin
PO Box 605
New York, NY 10038

Zelin & Associates
555 8th Ave Suite 2203
New York, NY 10018-4346

{12278614:1}