

**Alan Nisselson**
212.237.1000
anisselson@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

March 22, 2024

*Electronically filed*
Vito Genna
Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

          Re: Vegan Regrub, LLC, a/k/a Marty's V Burger ("**Debtor**")
          Chapter 7 Case No. 23-11985-jpm
           Our File No. 311650-0002

Dear Mr. Genna:

I am the chapter 7 trustee of the referenced Debtor.

This is to report that there may be funds in the Debtor's case that may be used to make distributions to creditors. Accordingly, this is to request that the clerk issue a notice of possible dividends and fix bar date for claims.

          Very truly yours,

          /s/ Alan Nisselson
          Alan Nisselson, Chapter 7 Trustee