# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Vegan Regrub, LLC<br>  aka   Marty's V Burger | CASE NO.: 23−11985−jpm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>46−2039816 | CHAPTER: 7 |
| | TRUSTEE:<br><br>Alan Nisselson<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019<br><br>Telephone: (212) 237−1199 |

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before June 27, 2024.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: March 25, 2024                             Vito Genna
                                                   Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11985-jpm |
| Vegan Regrub, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdn | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vegan Regrub, LLC, 1641 3rd Ave, New York, NY 10128-3623 |
| 8247133 | + | Ace Natural, 257 East Sandford Blvd, Mount Vernon, NY 10550-4623 |
| 8247125 | + | Allied Interstate, PO Box 5002, Fogelsville, PA 18051-5002 |
| 8247126 | | AmTrust, 59 Maiden Lane 43 Fl New York, NY 10038 |
| 8247137 | + | Bio Energy Devel Corp, 26-50 Brooklyn Queens Expy, W. Woodside, NY 11377-7822 |
| 8247147 | | Carol Dolgon-Krutolow, 1613 3rd Ave, New York, NY 10128 |
| 8247139 | + | Cintas, 325 Corporate Blvd S, Yonkers, NY 10701-6864 |
| 8247142 | + | ConEd, Attn: Law Department, 4 Irving Place Rm 1875, New York, NY 10003-3502 |
| 8247143 | + | Cornerstone Mgmt Systems, Inc, 271 Madison Ave Suite 800, New York, NY 10016-1005 |
| 8247144 | + | Cosme Plumbing & Heating Corp, 221 Bruckner Blvd, Bronx, NY 10454-1819 |
| 8247145 | + | Crown Cold Storage, 640 Parkside Ave Suite 301, Brooklyn, NY 11226-8414 |
| 8247146 | + | Derek Storm, 3717 Cedar Dr, Walnutport, PA 18088-9483 |
| 8247148 | + | Dot Foods, 301 American Blvd, Bear, DE 19701-4932 |
| 8247149 | + | Everett HVAC & Construction, 1615 Dean St Suite 5C, Brooklyn, NY 11213-1743 |
| 8247150 | | Foxship Bakery, 1735 W Diversey Pkwy Apt 218, Chicago, IL 60614-9386 |
| 8247151 | + | Fundomate Technologies, Inc, 300 Continental Blvd Ste 410, El Segundo, CA 90245-5053 |
| 8247152 | + | Gene Stone, 817 N Alfred #254, West Hollywood, CA 90069-4792 |
| 8247153 | + | George Castillo, 600 W 178th St Apt 51, New York, NY 10033-6508 |
| 8247154 | + | Goldstein & Loggia CPAs LLC, 707 Tennent Rd, Englishtown, NJ 07726-3127 |
| 8247155 | + | Hartford Insurance, 690 Asylum Ave, Hartford, CT 06155-0002 |
| 8247157 | + | Jemjac Ent., 1002 Pleasant Hill Rd, Orange, CT 06477-1116 |
| 8247158 | + | Jodi Rasch, 25 Hillandale Rd, Port Chester, NY 10573-1704 |
| 8247163 | + | LIC Vegan LLC, 1641 3rd Ave, Unit 29FE, New York, NY 10128-3623 |
| 8247162 | + | Law Offices of Steven Zakharyayev, PLLC, 10 W 37th St RM 602, New York, NY 10018-7473 |
| 8247164 | + | Lilly's Vegan Pantry, 213 Hester St, New York, NY 10013-4966 |
| 8247165 | + | Lisa Neumann, 425 Swing Lane, Louisville, KY 40207-1423 |
| 8247169 | + | MVW 27 LLC, 97 Lexington Ave Store 1, New York, NY 10016-8919 |
| 8247166 | + | Manhattan Fire and Safety, 242 W 30th St, New York, NY 10001-4903 |
| 8247160 | + | Martin Krutolow, 1641 3rd Ave Apt 29F, New York, NY 10128-3633 |
| 8247161 | + | Martin Krutolow, 1641 3rd Ave Apt 29FE, New York, NY 10128-3623 |
| 8247167 | + | Millennium Business Consulting, Inc., 450 7th Ave Suite 1503, New York, NY 10123-1505 |
| 8247168 | + | Mountain Air Roasters Coffee, 126 N 7th St, Grand Junction, CO 81501-3524 |
| 8247170 | + | My Parking Sign, 300 Cadman Plaza West Suite 1303, Brooklyn, NY 11201-3226 |
| 8247172 | + | NY State Division of Taxation, Bankruptcy/Special Procedures Section, Po Box 5300, Albany, NY 12205-0300 |
| 8247173 | + | NY State Unemployment Insurance, PO Box 4301, Binghamton, NY 13902-4301 |
| 8247171 | + | New Yorker Bagels, 34-20 12th St, LIC, NY 11106-5009 |
| 8247174 | + | Office Lease, 5102 21st St Room 137, Long Island City, NY 11101-5357 |
| 8247176 | + | Pearl Sci-Tech Bottling, 26 East St, Ansonia, CT 06401-3121 |
| 8247177 | | Public Storage, 2401 BQE Unit A492, Woodside, NY 11377 |
| 8247178 | + | Rapid Air Refrigeration, 645 Saw Mill Rd, Ardsley, NY 10502-2128 |
| 8247179 | + | Rauch Milliken, 4400 Trenton St., Metairie, LA 70006-6550 |
| 8247180 | + | Restaurant Depot, Jetro Cash & Carry Enterprises, LLC, 1710 Whitestone Expressway, Whitestone, NY 11357-3054 |
| 8247181 | + | Sara Flowers, 261 14th St Apt 3B, Brooklyn, NY 11215-4937 |
| 8247182 | + | Share Bite, 205 Hudson St, New York, NY 10013-1803 |
| 8247183 | + | Sign World, 1194 Utica Ave, Brooklyn, NY 11203-5997 |
| 8247184 | | Smart Sense by Digi, 86 Lincoln St 9th Fl, Boston, MA 02111 |
| 8247186 | + | State of NY Bureau of Compliance, PO Box Box 5200, Binghamton, NY 13902-5200 |
| 8247187 | + | Strategic Tax Planning, PO Box 1828, Annapolis, MD 21404-1828 |

23-11985-jpm    Doc 13    Filed 03/28/24    Entered 03/29/24 00:11:38    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdn | Total Noticed: 73 |

| | | |
|---|---|---|
| 8247188 | | Swift Capital 2211, North First Street, San Jose, CA 95131 |
| 8247190 | + | Taylor Grill, 750 North Blackhawk Boulevard, Rockton, IL 61072-2104 |
| 8247191 | | To Life Water, 924 50th St,, Brooklyn, NY 11219-3309 |
| 8247192 | + | Travellers Insurance, 1 Tower Square, Hartford, CT 06183-0002 |
| 8247193 | | U-Haul, PO Box 21502, Phoenix, AZ 85036-1502 |
| 8247194 | + | UL Liability, 1190 Devon Park Dr, Wayne, PA 19087-2150 |
| 8247197 | + | VegOut Media LLC, 3550 Jasmine Ave Apt 9, Los Angeles, CA 90034-4988 |
| 8247198 | | Yeshaya Gorkin, PO Box 605, New York, NY 10038 |
| 8247199 | + | Zelin & Associates, 555 8th Ave Suite 2203, New York, NY 10018-4346 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BANISSELSON.COM | Mar 26 2024 23:07:00 | Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 26 2024 19:09:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Mar 26 2024 19:09:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 26 2024 19:09:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 26 2024 19:09:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8247127 | + | EDI: CINGMIDLAND.COM | Mar 26 2024 23:07:00 | AT&T, PO Box Box 537104, Atlanta, GA 30353-7104 |
| 8247138 | + | Email/Text: jpaige@cfgms.com | Mar 26 2024 19:09:00 | CFG Merchant Solutions, LLC, 180 Maiden Lane 15th Fl, New York, NY 10038-5150 |
| 8247140 | | Email/Text: bky@clicklease.com | Mar 26 2024 19:09:00 | Clicklease, 1182 W 2400 S, West Valley City, UT 84119 |
| 8247141 | | Email/Text: OpsServicing@concertocard.com | Mar 26 2024 19:09:00 | Concerto Card Co, PO Box 200057, Dallas, TX 75320-0057 |
| 8247156 | | Email/Text: headwaybnc@enova.com | Mar 26 2024 19:09:00 | Headway Capital, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604 |
| 8247159 | | EDI: JPMORGANCHASE | Mar 26 2024 23:07:00 | JP Morgan Chase Bank, Attn: Officer 270 Park Aven, New York, NY 10017 |
| 8253607 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 26 2024 19:09:00 | New York State Department of Labor, State Campus Bldg 12 Room 256, United States, Albany, NY 12240-0001 |
| 8247185 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 26 2024 19:10:00 | Spectrum Business, 400 Atlantic St, Stamford, CT 06901-3512 |
| 8247189 | + | Email/Text: HARVEY.CHARNELLE@METRONY.SYSCO.COM | Mar 26 2024 19:10:00 | Sysco Metro NY, 20 Theodore Conrad Dr, Jersey City, NJ 07305-4614 |
| 8247196 | + | Email/Text: bankruptcynotices@sba.gov | Mar 26 2024 19:09:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 8247195 | + | Email/Text: arbankruptcy@uline.com | Mar 26 2024 19:09:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 16

23-11985-jpm   Doc 13   Filed 03/28/24   Entered 03/29/24 00:11:38   Imaged
Certificate of Notice   Pg 4 of 4

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdn | Total Noticed: 73 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8247124 | | Ace Natural, 257 East Sandford Blvd Mount Vernon, NY |
| 8247128 | | Bio Energy Devel Corp 26-50 Brooklyn Qu |
| 8247175 | | PayPal Business Loan, c/o Swift Financial, 3505 Silverside Rd 7th Fl Wilmington, DE |
| 8247136 | *+ | AT&T, PO Box Box 537104, Atlanta, GA 30353-7104 |
| 8247134 | *+ | Allied Interstate, PO Box 5002, Fogelsville, PA 18051-5002 |
| 8247135 | *+ | AmTrust, 59 Maiden Lane 43 Fl, New York, NY 10038-4639 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com  n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Scott J. Goldstein | on behalf of Debtor Vegan Regrub  LLC scott@wg-attorneys.com, goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| Scott J. Goldstein | on behalf of Debtor Martin Krutolow scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4